# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER EXTENDING** |
| | ) | **FURLOUGH** |
| vs. | ) | |
| | ) | |
| Glen Lee Yellow Bird, | ) | |
| | ) | Case No. 4:14-cr-023 |
| Defendant. | ) | |

On August 21, 2014, the court issued an order granting defendant Glen Yellow Bird a furlough from August 22, 2014 until August 26, 2014 at 8:00 p.m., at which time defendant was to report to the Burleigh County Detention Center ("BCDC"). Defendant reported as directed.

On August 27, 2014, the court was informed that after reporting the to BCDC, defendant was taken to the emergency room as the result of an apparent drug overdose. Defendant remains in the hospital. The court **ORDERS** defendant's furlough extended until he is discharged from the hospital. The court further **ORDERS** that after being discharged, defendant shall immediately report to the BCDC, 514 East Thayer Avenue, Bismarck, North Dakota.

**IT IS SO ORDERED.**

Dated this 27th day of August, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
